UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

GREGORY SOUTHERLAND,

    Plaintiff,

Case No. 4:18-cv-00121-CDL

v.

NAVIENT SOLUTIONS, LLC,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Navient Solutions, LLC (NSL), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: October 25, 2018          Respectfully submitted,

                                                 */s/ Kirsten H. Smith*
                                                 Kirsten H. Smith, Esq. (#702220)
                                                 Sessions, Fishman, Nathan & Israel, LLC
                                                 3850 N. Causeway Blvd., Suite 200
                                                 Metairie, LA 70002
                                                 Telephone: (504) 846-7943
                                                 Facsimile: (504) 828-3737
                                                 E-mail: ksmith@sessions.legal
                                                 *Attorney for Defendant,*
                                                 *Navient Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 25th day of October 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Octavio "Tav" Gomez, Esq.
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
TGomez@ForThePeople.com
JNeal@ForThePeople.com
MMartinez@ForThePeople.com

/s/ Kirsten H. Smith
Kirsten H. Smith, Esq.
GA Bar No. 702220
Sessions, Fishman, Nathan & Israel, LLC
*Attorney for Defendant,*
*Navient Solutions, LLC*