**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

GREGORY SOUTHERLAND

  Plaintiff,

                                    CASE NO.: 4:18-cv-00121-CDL

-vs-

NAVIENT SOLUTIONS, LLC,

  Defendant.
_____/

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES now plaintiff, Gregory Southerland (plaintiff), and defendant, Navient Solutions, LLC, by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against Defendant, have been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter as to Defendant, with each party to bear its own costs and attorneys' fees except as provided in the parties' Agreement of Settlement and Release.

Dated: December 3, 2018

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Kirsten H Smith* |
| Octavio "Tav" Gomez, Esquire | Kirsten H. Smith, Esq. (#702220) |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel, LLC |
| Florida Bar #: 0338620 | 3850 N. Causeway Blvd., Suite 200 |
| One Tampa City Center | Metairie, LA 70002 |
| 201 N. Franklin St., 7th Floor | Telephone: (504) 846-7943 |
| Tampa, FL 33602 | Facsimile: (504) 828-3737 |
| Tele: (813) 223-5505 | E-mail: ksmith@sessions.legal |
| TGomez@forthepeople.com | *Attorney for Defendant,* |
| *Attorney for Plaintiff* | |